Jerome Anthony HOWARD,
Plaintiff—Appellant,

v.

Mr. SMITH, Physician/WRSP;
S.K. Young, Warden/WRSP,
Defendants—Appellees.

No. 05–6494.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 29, 2005.

Decided: Nov. 8, 2005.

Jerome Anthony Howard, Appellant Pro Se. Mark Edward Frye, Penn Stuart & Eskridge, Bristol, Tennessee; Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Anthony Howard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Howard v. Smith,* No. CA–03–144–7 (W.D.Va. filed Mar. 23, 2005 & entered Mar. 24, 2005). We further deny Howard's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*